State v. Humphries

PER CURIAM.

Affirmed.

Justice WEBB did not participate in the consideration or decision of this case.

———————

STATE OF NORTH CAROLINA v. TRACY DEMONT HUMPHRIES AND JAMES EDWARD JAMISON

No. 613PA86

(Filed 7 July 1987)

ON discretionary review, upon petitions by the State and defendants allowed by this Court on 3 February 1987, of a unanimous opinion of the Court of Appeals (*Arnold, J.,* with *Wells, J.,* and *Eagles, J.,* concurring) reported at 82 N.C. App. 749, 348 S.E. 2d 167 (1986), vacating judgments entered against defendants and remanding the cases with instructions to strike the felony charges against defendants and resentence them for the lesser included offense of misdemeanor breaking or entering.

*Lacy H. Thornburg, Attorney General, by Steven F. Bryant, Assistant Attorney General, for the State-appellant.*

*Charles A. Lloyd for defendant-appellee Humphries.*

*Charles L. White for defendant-appellee Jamison.*

PER CURIAM.

After reviewing the record and briefs and hearing oral arguments on the questions presented, we conclude that the petitions for discretionary review were improvidently allowed.

Petitions for discretionary review improvidently allowed.